**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

EDWARD BLACK, individually and on behalf of all others similarly situated,

Plaintiff,

v.

THE GAP, INC.,

Defendant.

Case No. 4:23−cv−00388

Judge: Honorable Haywood S. Gilliam, Jr.

Complaint Filed: January 26, 2023

**ORDER GRANTING PLAINITFF'S UNOPPOSED MOTION FOR EXTENSION OF TIME FOR DEFENDANT, THE GAP, INC. TO RESPOND TO COMPLAINT**

Having considered Plaintiff Edward Black's Unopposed Motion for Extension of Time for Defendant, The Gap, Inc., to Respond to Complaint, and for good cause shown, the Court hereby GRANTS the Motion. Defendant Shall file

its response to the Complaint on or before March 22, 2023.

IT IS SO ORDERED

Date: 2/22/2023

Hon. Haywood S. Gilliam, Jr.
U.S. District Judge