# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD BLACK, individually and on behalf of all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> THE GAP, INC., <br><br> Defendant. | ) Case No.: 4:23-cv-00388-HSG <br> ) <br> ) The Honorable Haywood S. Gilliam, Jr. <br> ) Courtroom 2 <br> ) <br> ) **ORDER GRANTING DEFENDANT   THE GAP,** <br> ) **INC.'S UNOPPOSED MOTION FOR  SECOND** <br> ) **EXTENSION OF TIME TO RESPOND   TO** <br> ) **PLAINTIFF'S COMPLAINT** <br> ) <br> ) <br> ) <br> ) |

Having considered the second motion for extension of time filed by Defendant, THE GAP, INC. ("**Defendant**"), and for good cause shown, the Court hereby grants the motion for extension of time for Defendant to respond to the Complaint.

Defendant shall file its response to the Complaint on or before April 21, 2023.

**IT IS SO ORDERED**.

DATED: 3/23/2023

_____
Hon. Haywood S. Gilliam, Jr.
United States District Judge