**HEDIN HALL LLP**
Frank S. Hedin (SBN 291289)
fhedin@hedinhall.com
Arun G. Ravindran (Pro Hac Vice)
aravindran@hedinhall.com
1395 Brickell Avenue, Suite 1140
Miami, Florida 33131
Telephone: (305) 357-2107

*Counsel for Plaintiff and the Putative Class*

**HELLER LAW, PLLC**
Samuel J. Heller*
sheller@heller-law.com
kphillips@heller-law.com
111 2nd Avenue NE, Suite 704
St. Petersburg, Florida 33701

\* *Pro Hac Vice* Admission Forthcoming

*Counsel for Defendant*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD BLACK, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>v.<br><br>THE GAP, INC.,<br><br>    Defendant. | Case No. 4:23-cv-00388-HSG<br><br>**NOTICE REGARDING SETTLEMENT** |

- 2 -

Plaintiff Edward Black and Defendant The Gap, Inc. hereby notify the Court as directed by the Court's May 22, 2023 Order (ECF No. 27) that they anticipate filing a stipulation of dismissal by June 12, 2023. The parties have agreed upon the form of the Settlement Agreement and are in the process of executing the agreement. Thereafter the parties will undertake the obligations required under the Settlement Agreement and will promptly file the notice of dismissal with prejudice as agreed.

| | |
|---|---|
| Dated: May 26, 2023 | /s/ Arun Ravindran (*pro hac vice*) <br> Counsel for plaintiff |
| Dated: May 26, 2023 | /s/ Samuel Heller (*pro hac vice pending*) <br> Counsel for defendant |